UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesus Eduardo YABAR, Defendant–Appellant.

No. 01–6227.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2001.

Decided May 2, 2001.

Jesus Eduardo Yabar, pro se.

Bruce A. Pagel, Office of the United States Attorney, Charlottesville, VA, for appellee.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jesus Eduardo Yabar seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Yabar,* Nos. CR–98–12; CA–99–357–7 (W.D.Va. Jan. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*